Case 1:25-mj-00242-MAU   Document 1-1   Filed 1

Case: 1:25-mj-00242
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 10/10/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1. On October 9, 2025, law enforcement executed Search Warrant 25-SW-283 at 3022 Warder Street Northwest, Washington, D.C. 20001. The target of that search warrant was Sergio CASTILLO-LOPEZ ("CASTILLO-LOPEZ").

2. Once arriving at the front door of the basement level location, MPD, to avoid any property damage and optimize scene safety, conducted a loud verbal knock and announce in English and Spanish. This was done due to prior knowledge that CASTILLO-LOPEZ spoke Spanish as his primary language. After a reasonable amount of time, with no response, a forced entry was conducted.

3. Upon entry, members of MPD continued to state words to the effect of: "Police with a search warrant." Law enforcement immediately observed CASTILLO-LOPEZ and a female companion in the bedroom. Both parties were detained without incident, and a search of the residence commenced.

4. During the search, law enforcement discovered a large quantity of a white powder-substance in the same bedroom where CASTILLO-LOPEZ was located and detained by law enforcement upon entry into the residence. The white powder was field tested using an ARX Mark II Handheld Raman Spectrometer and field-tested positive for the presence of cocaine. Some of the powder appeared to have already been packaged for distribution, while other material was still in the process of being packaged.





5. In total, law enforcement seized 556 grams, including packaging, of a white powder substance that field-tested positive for the presence of cocaine. In addition to the narcotics, law enforcement discovered and seized two digital scales, two cellular telephones and $3,126 in United States currency. Your Affiant knows from training and experience that 556 grams of cocaine is consistent with distribution and inconsistent with possession for personal use. This is particularly true given the presence of digital scales, multiple cellular telephones, and United States currency.

6. Based on the foregoing, your Affiant respectfully submits that there is probable cause to believe that on or about October 9, 2025, within the District of Columbia, Sergio CASTILLO-LOPEZ committed the offense of Possession with the Intent to Distribute More Than

500 Grams of a Mixture and Substance that Contained a Detectable Amount of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii).

Respectfully Submitted,

_____
MICHAEL M. REESE
TASK FORCE OFFICER (DEA)
INVESTIGATOR (MPD)

Subscribed and sworn to me by telephone according to Fed. R. Crim. P. 4.1. on October 10, 2025.

_____
HON. MOXILA A. UPADHYAYA
United States Magistrate Judge